Michael J. Lebowich
Thomas A. McKinney
Proskauer Rose LLP
1585 Broadway
New York, New York  10036
(212) 969-3000

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

NEDERLANDER PRODUCING COMPANY OF   :
AMERICA, INC., THE NEW GREASE ON   :
BROADWAY L.P., WICKED LLC,          :
THE DROWSY CHAPERONE, LLC,          :
RENT LLC, THE NEW YORK HAIRSPRAY    :
COMPANY, L.P., BRUISER ON           :
BROADWAY L.P., CYRANO BROADWAY      :
COMPANY LLC,                        :
                                    :
                 Plaintiffs,        :
                                    :       07 Civ. 10501 (BSJ) (KNF)
        - against -                 :
                                    :
INTERNATIONAL ALLIANCE OF           :
THEATRICAL STAGE EMPLOYEES (IATSE), :       **RULE 7.1**
LOCAL 1, and JAMES J. CLAFFEY JR.,  :
individually and as president of    :
INTERNATIONAL ALLIANCE OF           :
THEATRICAL STAGE EMPLOYEES (IATSE), :
LOCAL 1,                            :
                                    :
                                    :
                                    :
                 Defendants.        :
---------------------------------------------------------------- X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for Plaintiffs Nederlander Producing Company of America, Inc., The New Grease on

Broadway L.P., Wicked LLC, The Drowsy Chaperone, LLC, Rent LLC, The New York

Hairspray Company, L.P., Bruiser on Broadway L.P., and Cyrano Broadway Company LLC, by

their attorneys, Proskauer Rose LLP, certify that they have no parent companies and, with the exception of Wicked LLC, there are no publicly held corporations that own 10% or more of their stock. An entity owned by General Electric, a publicly held corporation, owns 10% or more of the stock of Wicked LLC.

Dated: New York, New York
       November 20, 2007

PROSKAUER ROSE LLP

By: _____
    Michael J. Lebowich
    Thomas A. McKinney
    1585 Broadway
    New York, New York  10036
    (212) 969-3000

    Attorneys for Plaintiffs
