UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X   AFFIDAVIT OF SERVICE
NEDERLANDER PRODUCING COMPANY
OF AMERICA INC                                                   CASE # 07-CV10501
                                          Plaintiff,

- against -

INTERNATIONAL ALLIANCE
OF THEATRICAL
                                          Defendant.
----------------------------------------------------------------X
STATE OF NEW YORK    )
                     ) ss.:
QUEENS COUNTY        )

  Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

  On November 21, 2007, at approximately 1:56 pm at 320 West 46th Street, New York, 10036, Deponent served the within Summons and Complaint the Individual Practices of Barbara S. Jones, the Individual Practices of Magistrate Judge Kevin Fox, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal upon: International Alliance of Theatrical Stage Employees, Local 1, by delivering to and leaving with Kevin McGarty, Business Manager, a true and correct copy of said documents. At the time of said service, Kevin McGarty, stated that he is duly authorized to accept service of legal documents behalf of International Alliance of Theatrical Stage Employees, Local 1.

  Kevin McGarty is described a white male, approximately 56-65 yrs. of age, 161-200 lbs. Over 6' tall, with gray, balding hair.

_____
Andrew Bartley

Sworn to before me this
November 27, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009