UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   AFFIDAVIT OF SERVICE

NEDERLANDER PRODUCING COMPANY
OF AMERICA INC

CASE # 07-CV10501

                                 Plaintiff,

- against -

INTERNATIONAL ALLIANCE
OF THEATRICAL

                                 Defendant.
-------------------------------------------------------------X

STATE OF NEW YORK  )
                            ) ss.:
QUEENS COUNTY      )

    Andrew Bartley, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On November 21, 2007, at approximately 1:56 pm at 320 West 46th Street, 3rd Fl., New York ,10036, Deponent served the within Summons and Complaint the Individual Practices of Barbara S. Jones, the Individual Practices of Magistrate Judge Kevin Fox, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, 3rd Amended Instructions for Filing an Electronic Case or Appeal upon: **James J. Claffey Jr.** by delivering to and leaving with Kevin McGarty, Business Manager, International Alliance of Theatrical Stage Employees, Local 1, a true and correct copy of said documents.

    Kevin McGarty is described a white male, approximately 56-65 yrs. of age, 161-200 lbs. Over 6'tall, with gray, balding hair.

    At the time of said Service, Deponent asked whether James J. Claffey was on active duty in the armed forces of the United States of America or the State of New York and received a negative answer.

    Deponent also states that on November 21, 2007, Deponent served a copy of the aforementioned documents by depositing a true and correct copy thereof, enclosed in a securely sealed, fully post paid, first class envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York, addressed as follows:

James J. Claffey Jr.
320 West 46th Street,
New York, 10036

Deponent further states that the envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerns an action involving the addressee.

_____
Andrew Bartley

Sworn to before me this
November 27, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York City
Commission Expires November 17, 20 09