UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NEDERLANDER PRODUCING COMPANY OF :
AMERICA, INC., et al.,

                Plaintiffs,

       - against -

INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES (IATSE),
LOCAL 1, et al.,

                Defendants.
-------------------------------------------------------- X

07 Civ. 10501(BSJ)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs, by their undersigned attorneys, hereby voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P 41(a)(i).

Dated: New York, New York
       December 10, 2007

PROSKAUER ROSE LLP

By: _____
Michael J. Lebowich
Thomas A. McKinney
1585 Broadway
New York, NY 10036
(212) 969-3217
mlebowich@proskauer.com
Attorneys for Plaintiffs

_____
U.S.D.J.
12/12/07